```
                                                    FILED
                                              U.S. DISTRICT COURT
                                              DISTRICT OF WYOMING

                                              2012 NOV 8 PM 1 53

                                              STEPHAN HARRIS, CLERK
                                                      CHEYENNE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

| | |
|---|---|
| KENNETH W. HEMPHILL,<br><br>Plaintiff,<br><br>vs.<br><br>HEMPHILL TRUCKING, INC., *et al.*,<br><br>Defendants. | Case No. 12-CV-8-F |

---

### ORDER APPROVING DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on Plaintiff's Notice of Dismissal Without Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1). The Court has reviewed Plaintiff's notice and is fully informed.

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-entitled action is dismissed without prejudice.

Dated this _____ day of November, 2012.

*[signature]*
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE